UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NECTALI ULISES ROMERO ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>Defendants. | Case No. 22-cv-02508-HSG<br><br>**ORDER SETTING BRIEFING DEADLINE ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

Petitioner Nectali Ulises Romero Romero has filed a motion for a temporary restraining order ("TRO"). Counsel for petitioner represents that she has emailed the habeas petition and TRO motion to counsel for the government. As counsel for the government has not yet entered an appearance on the docket to receive electronic service of filings, the Court directs petitioner's counsel to file an affidavit confirming that she emailed a copy of this order setting briefing deadlines to counsel for the government by noon on April 26.

The Court ORDERS that a response to the TRO motion shall be filed no later than 5:00 p.m. on Tuesday, May 3, 2022. The motion will be deemed submitted on the papers at that time unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 4/26/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge